**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**

AARON DIAS, LESLIE DIAS,
    Plaintiffs,

-vs-                        Case No. 1:15-CV-00729
                             Hon. Paul L. Maloney
                             Magistrate Judge: Phillip J. Green

CREDIT PROTECTION ASSOCIATION, L.P.,
    Defendant.

## STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

Plaintiffs Aaron Dias and Leslie Dias and Defendant Credit Protection Association, L.P. jointly stipulate and agree that any and all individual claims filed by Plaintiffs against Defendant in this action shall be dismissed, in their entirety, pursuant to the executed Release and Settlement Agreement. Each party shall bear its own costs and attorneys' fees. The dismissal shall be without prejudice for a period of thirty (30) days, at which point the dismissal will convert to a dismissal with prejudice without need for further filing.

| | |
|---|---|
| s/ Stacy M. Bardo | s/ by consent Justin Penn |
| Attorney for Plaintiffs | Attorney for Defendant |
| Bardo Law, P.C. | Hinshaw & Culbertson, LLP |
| One South Dearborn Street, Suite 2100 | 222 North LaSalle Street, Ste. 300 |
| Chicago, Illinois 60603 | Chicago, IL 60601-1081 |
| (312) 219-6980 | (312) 704-3157 |
| stacy@bardolawpc.com | jpenn@hinshawlaw.com |

Julie A. Petrik (P47131)
Lyngklip & Associates Consumer Law Center, PLC
Southfield, MI 48075
(248) 208-8864
Julie@MichiganConsumerLaw.com

1